IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:22-cv-00169 |
| | § | |
| AMAZON.COM, INC., | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF LEXOS MEDIA IP, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Lexos Media IP, LLC hereby discloses that it is a nongovernmental corporate party and that Cote IP Services, LLC and Lexos Media, Inc. each owns more than 10% of Lexos Media IP, LLC's stock.

Dated: May 24, 2022

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

*/s/ Kenneth P. Kula*
Eric W. Buether (Lead Counsel)
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Kenneth P. Kula
State Bar No. 24004749
Ken.Kula@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:    (214) 466-1271
Facsimile:    (214) 635-1827

**ATTORNEYS FOR PLAINTIFF
LEXOS MEDIA IP, LLC**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(c), the undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 24th day of May, 2022. Any other counsel of record will be served by facsimile transmission.

*/s/ Kenneth P. Kula*
Kenneth P. Kula