# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LEXOS MEDIA IP, LLC, *Plaintiff*, v. AMAZON.COM, INC., *Defendant*. | CIVIL ACTION NO. 2:22-CV-00169-JRG (Lead Case) |

## ORDER GRANTING MOTION TO DISMISS

Before the Court is the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) submitted by Defendant Amazon.com, Inc. Having considered the Motion, the Court hereby GRANTS Defendant's Motion. The complaint filed by the Plaintiff Lexos Media IP, LLC against Defendant Amazon.com, Inc. in Case No. 2:22-CV-00169-JRG, is hereby dismissed, with prejudice.

SO ORDERED.