# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00169-JRG |
| AMAZON.COM, INC. | § § | (Lead Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00175-JRG |
| TARGET CORPORATION | § § | (Member Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § § | Civil Action No. 2:22-CV-00273-JRG |
| v. | § § | (Member Case) |
| OFFICE DEPOT, INC. | § | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant Amazon.com, Inc.'s Motion Pursuant To Fed. R. Civ. P. 12(b)(6) To Dismiss (Dkt 23). Having considered the same, the Motion is DENIED.

Accordingly, it is hereby ORDERED that Defendant is ordered to file an answer to the Complaint.

**SO ORDERED.**

Dated: September _____, 2022.

 

                                            JUDGE RODNEY GILSTRAP
                                            UNITED STATES DISTRICT JUDGE