# Exhibit B

![BJC Buether Joe & Counselors, LLC — IP & Commercial Litigation]

Eric.Buether@BJCIPLaw.com

214.446.1271 / Direct Dial
214.635.1827 / Direct Fax

July 26, 2022

**Via Email:**

Daniel T. Shvodian
Perkins Coie
3150 Porter Drive
Palo Alto, CA 94604-1212

      Re:    *Lexos Media IP, LLC v. Amazon.com Inc.*
               Civil Action No. 2:22-cv-000169
               United Stated District Court, Eastern District of Texas

Dear Daniel:

      Your July 25 letter contains a number of accusations and arguments. I will attempt to address some of them here in the hope that we can elevate the discussion above accusations of bad faith.

      Your letter asserts that "Lexos' recent correspondence still fails to put Amazon on adequate notice of the alleged infringement." July 25, 2022 letter from D. Shvodian at 1Your July 5 letter, however, indicates that, as one would expect, Amazon has a thorough understanding of how its website has functioned regarding the modification of the cursor image that is used in connection with the website. Indeed, as you acknowledge in your letter, "the accused functionality [of the Amazon website] is easily observable." July 5, 2022 letter from D. Shvodian at 1. Thus, we doubt that Amazon has uncertainty regarding the basis for its infringement allegations. Nevertheless, I will provide you with some additional information regarding Lexos Media's infringement theory applicable to Amazon without responding in kind with unhelpful rhetoric, and in hope of advancing our discussions.

      Archived Amazon.com web pages show that Amazon's website has transformed or modified an initial cursor image displayed on the display of a user's terminal "into the shape and appearance of [a] specific image" in response to movement of [the] cursor image over a display of [] at least a portion of [the] information to be displayed on said display of said user's terminal. *See, e.g.,* `102 Patent, Claim 72, elements c[1] and c[4].

Furthermore, the "specific image includes content corresponding to at least a portion of [the] information that is displayed on the user terminal's display." *See e.g.,* `102 Patent, Claim 72, element c[3].

   **The May 30, 2016 Example Web Page**. The Wayback Machine contains a capture of a page from the Amazon website dated May 30, 2016. That website page capture is the product page for the ACME 00632 Arcadia Recliner product. This Amazon website page display also reflects how Amazon has infringed the asserted claims of the asserted patents by modifying the initial generic cursor image displayed on user terminal's display (i.e., the arrow depicted in Figure 1) to a "specific image' (i.e., the shaded, semi-transparent box surrounding the image of the pointing hand depicted in Figure 2) as a consequence of moving the cursor over the display of the image of the product on the page.



Figure 1

Figure 2

Communication Pursuant to Fed. R. Evid. 408

The specific image depicted in Figure 2 has a shape and appearance that corresponds to portion of the information on the ACME 00632 Arcadia Recliner product page. For instance, the "specific image" corresponds and is related to the arm rest, the side knob, the stain-resistant microfiber upholstery, and the Oakwood chocolate coloring depicted on the portion of the product page seen in Figure 1.

**The May 9, 2017 Example Web Page**. In addition, the Wayback Machine contains a capture of a page from the Amazon website dated May 9, 2017. That website page capture is the product page for the Roku Premiere+ Streaming Media Player product page within Amazon's website. That web page also shows how the Amazon.com website utilizes cursor display instructions and cursor display code to modify the initial generic cursor image displayed on user terminal's display (i.e., the arrow depicted in Figure 3) to a "specific image" (i.e., the shaded, semi-transparent box surrounding the image of the pointing hand depicted in Figure 4) as a consequence of moving the cursor over the user display of the product.



Figure 3



Figure 4

Again, the "specific image" depicted in Figure 4 corresponds to a portion of the information on the Roku Premiere+ Streaming Media Player product page. For instance, the "specific image" relates to the image and related information about the remote with headphones depicted and described on the portion of the product page seen in Figure 3.

These are but two examples of how the Amazon.com website routinely engaged in infringement of the claims of the patents asserted in the Complaint before expiration of the patents. Your July 5 letter does not address this information. If Amazon would like to discuss this issue further, please let me know.

Sincerely,

Eric W. Buether