EXHIBIT 1

# PARTIES' P.R. 4-3(a)(2) JOINT CLAIM CONSTRUCTION CHART
# OF DISPUTED CLAIM TERMS, PHRASES, OR CLAUSES

| Disputed Claim Term/ Phrase/Clause for Claim Construction | Plaintiff's Proposed Claim Construction | Defendants' Proposed Claim Construction |
|---|---|---|
| **"corresponding to"** as used in the phrase "cursor image data corresponding to a/said specific image"<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, 53. | "associated with" | Plain and ordinary meaning. No construction required. |
| **"cursor display code"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53. | "computer code for modifying the display of the cursor image" | Plain and ordinary meaning. No construction required. |
| **"cursor display instruction"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53; '241 Patent, Claim 35. | "an instruction operable to modify the display, in conjunction with other information, of a cursor image" | Plain and ordinary meaning. No construction required. |

EXHIBIT 1

| Disputed Claim Term/ Phrase/Clause for Claim Construction | Plaintiff's Proposed Claim Construction | Defendants' Proposed Claim Construction |
|---|---|---|
| **"cursor image"** and **"initial cursor image"**<br><br>'102 Patent, Claim 72; '449 Patent, Claims 1, 27, 53; '241 Patent, Claim 35. | "the appearance of the cursor on a user's screen before the cursor image is modified into the specific image"<br><br>(Plaintiff contends that the terms "cursor image" and "initial cursor image" should be construed together and to mean the same thing.) | **"cursor image"** – "a movable image on a display screen whose position is controlled through a user interface and that indicates the location that will be affected by input from the user interface"<br><br>(Defendants contend that "cursor image" should be construed as a standalone term. Defendant's propose a plain and ordinary meaning for the terms "initial cursor image" and "said cursor image." No construction of those terms is needed beyond the construction of "cursor image.") |
| **"cursor image data"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53. | Plain and ordinary meaning. | "data identifying the appearance of the modified cursor image" |
| **"initial cursor image"** and **"said initial cursor image"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claim 53. | As set forth above, Plaintiff contends that the terms "cursor image" and "initial cursor image" should be construed together and to mean the same thing. | "cursor image" should be construed as set forth separately.<br><br>Plain and ordinary meaning for "initial cursor image" and "said initial cursor image." No construction needed beyond the construction of "cursor image." |

EXHIBIT 1

| Disputed Claim Term/ Phrase/Clause for Claim Construction | Plaintiff's Proposed Claim Construction | Defendants' Proposed Claim Construction |
|---|---|---|
| **"modifying [an initial cursor image]"** <br><br> *See* '102 Patent, Claim 72; '449 Patent, Claim 53. <br><br> **"transforming [said initial cursor image]"** <br><br> *See* '102 Patent, Claim 72; '449 Patent, Claim 53. <br><br> **"modify [said cursor image]"** <br><br> *See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53. <br><br> **"modifying [a cursor image]"** <br><br> *See* '449 Patent, Claims 1 and 35; '241 Patent, Claim 35. | "changing (change) or replacing (replace) the form, shape or appearance of a cursor image" | Plain and ordinary meaning. No construction required. |

EXHIBIT 1

| Disputed Claim Term/ Phrase/Clause for Claim Construction | Plaintiff's Proposed Claim Construction | Defendants' Proposed Claim Construction |
|---|---|---|
| **"server"** (computer or system)<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53; '241 Patent, Claim 35. | "one or more pieces of computer equipment and the software running on the equipment used to provide services for one or more other computers or computing devices" | Plain and ordinary meaning. No construction required. |
| **"specific image"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53. | a "modified cursor image," and not the "cursor image" or the "initial cursor image" | "modified cursor image, which is static and representative of at least a portion of the subject or topic being displayed on the screen" |
| **"tracks a movement"**<br><br>*See* '241 Patent, Claim 35. | "moves according to a movement" | Plain and ordinary meaning. No construction required. |