EXHIBIT 2

# PLAINTIFF'S P.R. 4-3(a)(2) CLAIM CONSTRUCTION CHART
# IDENTIFYING SUPPORTING EVIDENCE

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Plaintiff's Proposed Claim Construction | Supporting Intrinsic Evidence[1] |
|---|---|---|
| **"corresponding to"** as used in the phrase "cursor image data corresponding to a/said specific image"<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claims 1, 38, 53. | "associated with" | *KeyMe, LLC v. Hillman Grp., Inc.*, No. CV 19-1539-LPS, 2021 WL 243252, at *7 (D. Del. Jan. 25, 2021) ("At the hearing, Hillman also agreed that "corresponds to" is synonymous with "is associated with").<br><br>'102 Patent, 3:4-14;<br>'102 Patent, 17:62 to 18:3. |
| **"cursor display code"**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claims 1, 38, and 53. | "computer code for modifying the display of the cursor image" | `102 Patent, Abstract;<br>`102 Patent, Figure 5;<br>`102 Patent, 8:52-57. |

---

[1] All references to the Asserted Patents are related to the '102 Patent unless otherwise noted.

EXHIBIT 2

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Plaintiff's Proposed Claim Construction | Supporting Intrinsic Evidence[1] |
|---|---|---|
| **"cursor display instruction"**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claims 1, 38, and 53; `241 Patent, Claim 35. | "an instruction operable to modify the display, in conjunction with other information, of a cursor image" | `102 Patent, Abstract;<br>`102 Patent, Fig. 4;<br>`102 Patent, 8:52-62;<br>`102 Patent, 10:23-41. |
| **"cursor image"** and **"initial cursor image"**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claims 1, 38, and 53; `241 Patent, Claim 35. | "the appearance of the cursor on a user's screen before the cursor image is modified into the specific image"<br><br>(Plaintiff contends that the terms "cursor image" and "initial cursor image" should be construed together and to mean the same thing.) | *Lexos Media IP, LLC v. APMEX, Inc.*, No. 216CV00747JRGRSP, 2017 WL 1021366, at *2–4 (E.D. Tex. Mar. 16, 2017).<br><br>`102 Patent, Abstract.<br>'102 Patent, 3: 4-15.<br>`102 Patent, 7:5-15. |
| **"cursor image data"**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claims 1, 38, and 53. | Plain and ordinary meaning. | |

EXHIBIT 2

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Plaintiff's Proposed Claim Construction | Supporting Intrinsic Evidence[1] |
|---|---|---|
| **"modifying [an initial cursor image]"**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claim 53.<br><br>**"transforming [said initial cursor image]"**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claim 53.<br><br>**"modify [said cursor image]"**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claims 1, 38, and 53.<br><br>**"modifying [a cursor image]"**<br><br>*See* `449 Patent, Claims 1 and 35; `241 Patent, Claim 35. | "changing (change) or replacing (replace) the form, shape or appearance of a cursor image" | `102 Patent, Abstract;<br>`102 Patent, Figs. 7-9;<br>`102 Patent, 4:4-12;<br>`102 Patent, 3:51-57;<br>`102 Patent, 9:15-20;<br>`102 Patent, 9:10:37-41;<br>`102 Patent, 11:34-37;<br>`102 Patent, 11:49-61. |

EXHIBIT 2

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Plaintiff's Proposed Claim Construction | Supporting Intrinsic Evidence[1] |
|---|---|---|
| **"server" (computer or system)**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claims 1, 38, and 53; '241 Patent, Claim 35. | "one or more pieces of computer equipment and the software running on the equipment used to provide services for one or more other computers or computing devices" | *SimpleAir, Inc. v. Google, Inc.*, No. 2:13-CV-0937-JRG, 2015 WL 1906016, at *13 (E.D. Tex. Apr. 27, 2015).<br><br>`102 Patent, Figure 2. |
| **"specific image"**<br><br>*See* `102 Patent, Claim 72; `449 Patent, Claims 1, 38, and 53. | a "modified cursor image," and not the "cursor image" or the "initial cursor image" | *Lexos Media IP, LLC v. APMEX, Inc.*, No. 216CV00747JRGRSP, 2017 WL 1021366, at *2 (E.D. Tex. Mar. 16, 2017).<br><br>`102 Patent, Abstract.<br>`102 Patent, 2:58-62;<br>`102 Patent, 3:4-10;<br>`102 Patent, 3:48-50;<br>`102 Patent, 3:62 to 4:3;<br>`102 Patent, 7:7-9. |
| **"tracks a movement"**<br><br>*See* `241 Patent, Claim 35. | "moves according to a movement" | `102 Patent, 9:39-65<br>`102 Patent, 16:14-20. |