EXHIBIT 3

# DEFENDANTS' P.R. 4-3(a)(2) CLAIM CONSTRUCTION CHART
# IDENTIFYING SUPPORTING EVIDENCE

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| **"corresponding to"** as used in the phrase "cursor image data corresponding to a/said specific image"<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, 53. | Plain and ordinary meaning. No construction required. | **Intrinsic evidence:**<br><br>• Claims containing the limitation.<br>• '102 patent at Abstract.<br>• '102 patent at 2:63-3:3.<br>• '102 patent at 3:57-4:12.<br>• '102 patent at 4:46-49.<br>• '102 patent at 6:54-61.<br>• '102 patent at 8:57-59.<br>• '102 patent File History, Dec. 14, 1998 Response to Office Action at 5, 7.<br>• Corresponding portions of the other specifications. |

EXHIBIT 3

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| **"cursor display code"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53. | Plain and ordinary meaning. No construction required. | **Intrinsic evidence:**<br><br>- Claims containing the limitation.<br>- '102 patent at Abstract.<br>- '102 patent at Fig. 5.<br>- '102 patent at Abstract.<br>- '102 patent at 8:52-67.<br>- '102 patent at 9:1-30.<br>- '102 patent File History, Apr. 8, 1999 Response to Office Action at 2-4, 7, 10.<br>- Corresponding portions of the other specifications. |

EXHIBIT 3

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| **"cursor display instruction"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53; '241 Patent, Claim 35. | Plain and ordinary meaning. No construction required. | **Intrinsic evidence:**<br><br>- Claims containing the limitation.<br>- '102 patent at Abstract.<br>- '102 patent at Fig. 4.<br>- '102 patent at 4:31-40.<br>- '102 patent at 8:59-67.<br>- '102 patent at 9:1-30.<br>- '102 patent at 11:18-30.<br>- '102 patent File History, Apr. 8, 1999 Response to Office Action at 2-4, 7, 10.<br>- '241 patent File History, Apr. 1, 2010 Response to Office Action at 22-25.<br>- Corresponding portions of the other specifications. |

EXHIBIT 3

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| "**cursor image**"<br><br>'102 Patent, Claim 72; '449 Patent, Claims 1, 27, 53; '241 Patent, Claim 35. | "a movable image on a display screen whose position is controlled through a user interface and that indicates the location that will be affected by input from the user interface" | **Intrinsic evidence:**<br><br>• Claims containing the limitation.<br>• '102 patent at Abstract.<br>• '102 patent at 3:26-4:3.<br>• '102 patent at 7:5-15.<br>• '102 patent at 7:49-55.<br>• '102 patent at 8:28-37.<br>• Corresponding portions of the other specifications.<br><br>**Extrinsic evidence:**<br><br>• IBM Dictionary of computing (1994) at p. 159.<br>• IEEE Dictionary of Standard Electrical Terms (1996) at 244.<br>• Webster's New World Dictionary of Computer Terms (1994) at 140.<br>• Encyclopedia Macintosh (1990) - at 723.<br>• Business Dictionary of Computers, (1993) at p. 79.<br>• A Dictionary of Computing, 4th Edition, (1997) at pp. 114-15. |

EXHIBIT 3

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| **"cursor image data"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53. | "data identifying the appearance of the modified cursor image" | **Intrinsic evidence:**<br><br>• Claims containing the limitation.<br>• '102 patent at Abstract.<br>• '102 patent at 7:7-9.<br>• '102 patent at 8:18-23.<br>• '102 patent at 8:43-67.<br>• '102 patent at 9:1-20.<br>• '102 patent at Fig. 3.<br>• Corresponding portions of the other specifications. |
| **"initial cursor image"** and **"said initial cursor image"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claim 53. | "cursor image" should be construed as set forth separately.<br><br>Plain and ordinary meaning for "initial cursor image" and "said initial cursor image." No construction needed beyond the construction of "cursor image." | **Intrinsic evidence:**<br><br>• Claims containing the limitation.<br>• '102 patent at Fig. 7.<br>• '102 patent at Abstract.<br>• '102 patent at 3:51-4:3.<br>• '102 patent at 13:38-41.<br>• Corresponding portions of the other specifications. |

EXHIBIT 3

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| **"modifying [an initial cursor image]"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claim 53.<br><br>**"transforming [said initial cursor image]"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claim 53.<br><br>**"modify [said cursor image]"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53.<br><br>**"modifying [a cursor image]"**<br><br>*See* '449 Patent, Claims 1 and 35; '241 Patent, Claim 35. | Plain and ordinary meaning. No construction required. | **Intrinsic evidence:**<br><br>- Claims containing the limitation.<br>- '102 patent at Abstract.<br>- '102 patent at 2:44-47.<br>- '102 patent at 2:58-62.<br>- '102 patent at 2:63-3:3.<br>- '102 patent at 3:51-4:3.<br>- '102 patent at 11:18-30.<br>- '102 patent at 13:38-41.<br>- Corresponding portions of the other specifications. |

EXHIBIT 3

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| **"server" (computer or system)** <br><br> *See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53; '241 Patent, Claim 35. | Plain and ordinary meaning. No construction required. | **Intrinsic evidence:** <br><br> • Claims containing the limitation. <br> • '102 patent at Figs. 1 and 2. <br> • '102 patent at Abstract. <br> • '102 patent at 4:4-24. <br> • '102 patent at 5:38-41. <br> • '102 patent at 7:1-7. <br> • '102 patent at 8:4-8. <br> • Corresponding portions of the other specifications. |

EXHIBIT 3

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| **"specific image"**<br><br>*See* '102 Patent, Claim 72; '449 Patent, Claims 1, 38, and 53. | "modified cursor image, which is static and representative of at least a portion of the subject or topic being displayed on the screen" | **Intrinsic evidence:**<br><br>- Claims containing the limitation.<br>- '102 patent at Abstract.<br>- '102 patent at 2:40-43.<br>- '102 patent at 2:58-62.<br>- '102 patent at 6:35-46.<br>- '102 patent at 8:54-61.<br>- '102 patent at 11:53-55.<br>- '102 patent at claim 57.<br>- '449 patent at claims 18, 44, 65-66, 84-85.<br>- '102 patent File History, Dec. 14, 1998 Response to Office Action at 35-37.<br>- Corresponding portions of the other specifications. |

EXHIBIT 3

| Disputed Claim Term/ Phrase/ Clause for Claim Construction | Defendants' Proposed Claim Construction | Supporting Intrinsic and Extrinsic Evidence |
|---|---|---|
| **"tracks a movement"**<br><br>*See* '241 Patent, Claim 35. | Plain and ordinary meaning. No construction required. | **Intrinsic evidence:**<br><br>• Claims containing the limitation.<br>• '102 patent at 9:60-62.<br>• '102 patent at 16:14-20.<br>• '102 patent at Fig. 4, lines 221-223.<br>• '241 patent File History, Feb. 18, 2011 Examiner's Amendment at 2-5.<br>• Corresponding portions of the other specifications. |