IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00169-JRG |
| AMAZON.COM, INC. | § | (Lead Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00175-JRG |
| TARGET CORPORATION | § § | (Member Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § § | |
| v. | § § | Civil Action No. 2:22-CV-00273-JRG |
| OFFICE DEPOT, LLC | § § | (Member Case) |

**DECLARATION OF KENNETH P. KULA IN SUPPORT OF MOTION FOR RECONNSIDERATION**

I, Kenneth P. Kula, declare the following under penalty of perjury:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am Senior Counsel with Buether Joe & Counselors, LLC, who represent Plaintiff Lexos Media IP, LLC in the instant Amazon-consolidated case.

3. I have Miller Fisher syndrome ("MFS"), which is a rare acquired nerve disease, the symptoms of which typically follow my contracting a virus. The symptoms associated with MFS come on gradually while the body is trying to fight a virus and may result in weakness of the eye

muscles causing difficulty moving the eyes, resulting in double vision; impaired limb coordination and unsteadiness; an absence of tendon reflexes; facial, swallowing and limb weakness, and ultimately paralysis and respiratory failure.

4. Depending on the severity of the symptoms, it may require that I admit myself to the hospital for a three-day infusion of intravenous immunoglobulin (IVIg) or underfo plasmapheresis (plasma exchange).

5. After battling the flu the week of June 5, on Monday morning, June 12, I informed Mr. Buether, the managing partner of our firm, that I felt the symptoms of my MFS "kicking in" and that I would need to take some time off from work while the syndrome ran its course or I obtained treatment.

6. Based on the fact that the other two attorneys at our firm had performed minimal substantive work on the instant Amazon-consolidated case up to that point—Mr. Doell entering his appearance just days before (Dkt. 93)—Mr. Buether stated that he would take over the laboring oar in completing the Plaintiff's Opening Claim Construction Brief, which was due on June 15, 2023. Nevertheless, and just to be on the safe side, Mr. Buether suggested I reach out to opposing counsel for a modest extension to the deadline for filing Plaintiff's brief.

7. At 12:08 p.m. on Monday, June 12, 2023, I sent the Amazon-consolidated defendants a request to extend the deadline for Plaintiff to file its Opening Claim Construction brief and providing the defendants with an equal 5-day extension.

8. At 4:38 p.m. the court in the Northern District of Illinois in the related case of *Lexos Media IP, LLC v. Abt Electronics, Inc.*, set a hearing for 9:00 a.m. on June 15, the date on which Plaintiff's Opening Claim Construction Brief was due in the instant Amazon-consolidated cases.

9. Based on the fact that I had not heard back from the Amazon-consolidated defendants in response to my 12:08 correspondence, I e-mailed the defendants again at 5:01 p.m. to ascertain their position with respect to granting Plaintiff an extension.

10. After an exchange of e-mails, it was clear that the Amazon-consolidated defendants were not interested in providing Plaintiff an extension, and it appeared that they were not willing to compromise to obtain mutually agreeable extensions.

11. At 4:10 p.m. on June 13, 2023, knowing that Plaintiff had previously fired and were in the midst of replacing Local Counsel in the Northern District of Illinois case and, thus, did not have them to attend the 9:00 hearing the court set for June 15, and knowing that Mr. Buether had agreed to take on the responsibility for finalizing and filing Plaintiff's Opening Claim Construction Brief in the instant Amazon-consolidated case, Plaintiff filed its Opposed Motion to Amend the Docket Control Order, seeking a five-day extension for each side to file their respective *Markman* briefs. Dkt. 94.

12. On June 16, 2023, this Court denied Plaintiff's Opposed Motion to Modify the Docket Control Order. Dkt. 97.

13. I currently am still recovering from MFS and not working at my firm but from my home.

I declare under penalty of perjury that the foregoing is true and correct and that I have signed this declaration in Lantana, Texas on June 21, 2023.

                                                */s/ Kenneth P. Kula*
                                                Kenneth P. Kula