# United States Court of Appeals for the Federal Circuit

---

**RALPH LAUREN CORPORATION,**
*Appellant*

v.

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-1862, 2020-1864

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01749, IPR2018-01755.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

July 7, 2021          /s/ Peter R. Marksteiner
                      Peter R. Marksteiner
                      Clerk of Court