**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00169-JRG |
| AMAZON.COM, INC. | § | (Lead Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00175-JRG |
| TARGET CORPORATION | § | (Member Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § § | |
| v. | § § | Civil Action No. 2:22-CV-00273-JRG (Member Case) |
| OFFICE DEPOT, INC. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO AMEND THE DOCKET CONTROL ORDER (Dkt. 97)**

Before the Court is Plaintiff Lexos Media IP, LLC's Motion for Reconsideration of Order Denying Motion to Amend the Docket Control Order (Dkt 97). Having considered the same, the Motion is GRANTED.

**SO ORDERED.**

Dated: June _____, 2023.

_____
JUDGE RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE