# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00169-JRG |
| AMAZON.COM, INC. | § § | (Lead Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00175-JRG |
| TARGET CORPORATION | § § | (Member Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § § | |
| v. | § § | Civil Action No. 2:22-CV-00273-JRG |
| OFFICE DEPOT, INC. | § § | (Member Case) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO AMEND THE DOCKET CONTROL ORDER (Dkt. 97)**

Before the Court is Plaintiff Lexos Media IP, LLC's Motion for Reconsideration of Order Denying Motion to Amend the Docket Control Order (Dkt 97). Having considered the same, the Motion is GRANTED.

**SO ORDERED.**