# EXHIBIT F



# INSIDE
# WINDOWS 95

## ADRIAN KING


Microsoft PRESS

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Adrian King

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
King, Adrian, 1953-
    Inside Windows 95 / Adrian King.
       p.    cm.
    Includes index.
    ISBN 1-55615-626-X
    1. Windows (Computer programs)    2. Microsoft Windows (Computer
file)    I. Title.
QA76.76.W56K56    1994
005.4'469--dc20                                                                    93-48485
                                                                                         CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9    QMQM    9 8 7 6 5 4

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (206) 936-7329.

PageMaker is a registered trademark of Aldus Corporation. Apple, AppleTalk, LaserWriter, Mac, Macintosh, and TrueType are registered trademarks of Apple Computer, Inc. LANtastic is a registered trademark of Artisoft, Inc. Banyan and Vines are registered trademarks of Banyan Systems, Inc. Compaq is a registered trademark of Compaq Computer Corporation. CompuServe is a registered trademark of CompuServe, Inc. Alpha AXP, DEC, and Pathworks are trademarks of Digital Equipment Corporation. LANstep is a trademark of Hayes Microcomputer Products, Inc. HP and LaserJet are registered trademarks of Hewlett-Packard Company. Intel is a registered trademark and EtherExpress, Pentium, and SX are trademarks of Intel Corporation. COMDEX is a registered trademark of Interface Group-Nevada, Inc. AS/400, IBM, Micro Channel, OS/2, and PS/2 are registered trademarks and PC/XT is a trademark of International Business Machines Corporation. 1-2-3, Lotus, and Notes are registered trademarks of Lotus Development Corporation. Microsoft, MS, MS-DOS, and XENIX are registered trademarks and ODBC, Win32s, Windows, Windows NT, and the Windows operating system logo are trademarks of Microsoft Corporation. MIPS is a registered trademark and R4000 is a trademark of MIPS Computer Systems, Inc. NetWare and Novell are registered trademarks of Novell, Inc. Soft-Ice/W is a registered trademark of Nu-Mega Technologies, Inc. DESQview is a registered trademark and Qemm is a trademark of Quarterdeck Office Systems. OpenGL is a trademark of Silicon Graphics, Inc. PC-NFS, Sun, and Sun Microsystems are registered trademarks of Sun Microsystems, Inc. TOPS is a registered trademark of TOPS, a Sun Microsystems company. UNIX is a registered trademark of UNIX Systems Laboratories.

**Acquisitions Editor:** Mike Halvorson
**Project Editor:** Erin O'Connor
**Technical Editors:** Seth McEvoy and Dail Magee, Jr.



# CONTENTS SUMMARY

*Foreword* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *xvii*
*Preface* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *xxi*
*Introduction* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *xxv*

**CHAPTER ONE**
    THE ROAD TO CHICAGO . . . . . . . . . . . . . . . . . . . . **1**

**CHAPTER TWO**
    INTEL PROCESSOR ARCHITECTURE . . . . . . . . . **33**

**CHAPTER THREE**
    A TOUR OF CHICAGO . . . . . . . . . . . . . . . . . . . . . . **63**

**CHAPTER FOUR**
    THE BASE SYSTEM . . . . . . . . . . . . . . . . . . . . . . . . **103**

**CHAPTER FIVE**
    THE USER INTERFACE AND THE SHELL . . . . . . **157**

**CHAPTER SIX**
    APPLICATIONS AND DEVICES . . . . . . . . . . . . . **223**

**CHAPTER SEVEN**
    THE FILESYSTEM . . . . . . . . . . . . . . . . . . . . . . . . . **275**

**CHAPTER EIGHT**
    PLUG AND PLAY . . . . . . . . . . . . . . . . . . . . . . . . . **309**

**CHAPTER NINE**
    NETWORKING . . . . . . . . . . . . . . . . . . . . . . . . . . . **341**

**CHAPTER TEN**
    MOBILE COMPUTING . . . . . . . . . . . . . . . . . . . . . **381**

**EPILOGUE**
    LEAVING CHICAGO . . . . . . . . . . . . . . . . . . . . . . **407**

*Glossary* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *427*
*Index* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *455*



# TABLE OF CONTENTS

Foreword ............................................. xvii
Preface .............................................. xxi
Introduction ......................................... xxv

**CHAPTER ONE**

THE ROAD TO CHICAGO ....................... 1
   The Mission for Windows 95 .............................. 3
      Help for the End User ................................. 3
      Hardware Platforms ................................... 4
      For the Developer—32 Bits at Last ..................... 5
   Shall We Go to Chicago or Cairo? .......................... 6
      First Stop—Chicago .................................. 7
      Clients and Servers ................................... 8
      And On to Cairo .................................... 10
      Summary ........................................... 12
   Project Goals ............................................ 13
      Compatibility ....................................... 14
          The Compatibility Fallback ....................... 15
      Performance ....................................... 16
      Robustness—Adieu UAE? ............................ 17
      Timely Product Availability ........................... 18
      Easy Setup and Configuration ........................ 19
          The Plug and Play Initiative ...................... 20
          Configuring Windows ............................ 21
          User-Level Operations ........................... 21
      New Shell and User Interface ......................... 22
          The New Shell .................................. 22
      Complete Protected Mode Operating System ............ 23
      32-Bit Application Support ........................... 24
          The Jump to 32 Bits ............................. 26
      Networking and Mobile Computing ..................... 27

Bringing Windows 95 to Market. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
      For Microsoft—The Bottom Line . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Conclusion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**CHAPTER TWO**

# INTEL PROCESSOR ARCHITECTURE. . . . . . . . . . **33**

Intel Inside . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
The Intel Processor Family . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
      Backward Compatibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
Processor Architecture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
      The 8080 and 8086 Processors . . . . . . . . . . . . . . . . . . . . . . . . . . 38
          The 640K Barrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
      The 80286 Processor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
      The 80386 Processor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
80386 Memory Addressing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
      80386 Descriptor Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
          The Descriptor in Summary . . . . . . . . . . . . . . . . . . . . . . . . . . 48
      Virtual Memory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
          Virtual Memory Management . . . . . . . . . . . . . . . . . . . . . . . . . 49
          Good Virtual Memory Management . . . . . . . . . . . . . . . . . . . 50
      Mixing 286 and 386 Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
The Protection System. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
      Memory Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
      Operating System Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
      Device Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
          Low-Level Device Access . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
          High-Level Device Access . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
          Using the 80386 Device Protection Capabilities . . . . . . . . . 59
Virtual 8086 Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
Conclusion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

**CHAPTER THREE**

# A TOUR OF CHICAGO . . . . . . . . . . . . . . . . . . . . . . . **63**

System Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
      The Base System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
      Windows and Modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

Virtual Machines .................................................. 68
    Windows Virtual Machines ................................... 70
        Initialization ........................................... 70
        The System Virtual Machine ......................... 71
        MS-DOS Virtual Machines ............................ 72
    Protected Mode MS-DOS Applications ...................... 73
        DPMI .................................................. 74
Multitasking and Scheduling ....................................... 75
    Multitasking Models ........................................ 76
    Critical Sections ........................................... 79
    Processes in Windows ..................................... 80
    Modules ................................................... 80
API Support ...................................................... 81
    Dynamic Linking .......................................... 82
    Support from the Base System ............................ 84
Memory Management ............................................. 85
    Application Virtual Memory ................................ 86
        Heap Allocation ....................................... 87
        Windows 95 Application Memory Management .......... 87
    System Memory Management ............................. 88
Windows Device Support ......................................... 90
    Device Virtualization ....................................... 90
    Minidrivers ................................................ 91
The Windows Interface ........................................... 92
    What Is a Window? ........................................ 92
    Windows 95 User Interface Design ......................... 95
Windows Programming Basics .................................... 96
    Event Driven Programming ................................ 96
    Message Handling ........................................ 97
    Program Resources ....................................... 99
    Windows 95 Programming ................................. 99
Conclusion ....................................................... 101
References ....................................................... 101

**CHAPTER FOUR**
# THE BASE SYSTEM .............................. **103**
Windows 95 Diagrammed .......................................... 104

Windows 95 Surveyed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
    Protection Rings in Windows 95 . . . . . . . . . . . . . . . . . . . . . . . . . 107
    Windows 95 Memory Map . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
    Tasks and Processes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 110
Virtual Machine Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111
    Real MS-DOS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111
    Virtual Machine Scheduling . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
        The Windows 95 Schedulers . . . . . . . . . . . . . . . . . . . . . . . 114
        Scheduling Within the System Virtual Machine . . . . . . . . . 116
        Controlling the Scheduler . . . . . . . . . . . . . . . . . . . . . . . . . . 116
        Threads and UAEs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117
        Threads and Idle Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
        Application Message Queues . . . . . . . . . . . . . . . . . . . . . . 119
    Physical Memory Management . . . . . . . . . . . . . . . . . . . . . . . . . 121
    Virtual Memory Management . . . . . . . . . . . . . . . . . . . . . . . . . . 125
        Memory Mapped Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
        Reserving Virtual Address Space . . . . . . . . . . . . . . . . . . . . 128
        Private Heaps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129
Virtual Machine Manager Services . . . . . . . . . . . . . . . . . . . . . . . . . . 129
    Calling Virtual Machine Manager Services . . . . . . . . . . . . . . . . 131
        VMM Callbacks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131
        Loading VxDs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
        The Shell VxD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
    Getting Around in Ring Zero . . . . . . . . . . . . . . . . . . . . . . . . . . . 135
        Calling Windows 95 Base OS Services . . . . . . . . . . . . . . . 137
        Calling from One VxD to Another . . . . . . . . . . . . . . . . . . . 138
    VMM Service Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140
Application Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141
    The API Layer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142
        Mixing 16-Bit and 32-Bit Code . . . . . . . . . . . . . . . . . . . . . . 143
        The Win32 Subsystem . . . . . . . . . . . . . '. . . . . . . . . . . . . . 147
        Internal Synchronization . . . . . . . . . . . . . . . . . . . . . . . . . . 149
Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156

**CHAPTER FIVE**

# THE USER INTERFACE AND THE SHELL ..... **157**

Improving on Windows 3.0 and 3.1 ............................. 159
    System Configuration and Control ........................ 160
        Program Manager, File Manager, Task Manager ........ 160
        Control Functions ................................ 162
    Consistency ....................................... 162
    Visuals ........................................... 164
        Scalability ...................................... 164
Concepts Guiding the New User Interface ..................... 165
    The Document-Centric Interface ........................ 166
    Look and Feel ...................................... 167
    The Windows 95 Shell ................................ 169
        Folders and Shortcuts in the Windows 95 Shell ......... 170
        Desktop Folders ................................. 172
        System Setup ................................... 173
        The Initial Desktop .............................. 174
        The Desktop ................................... 177
        The Taskbar ................................... 179
    On-Screen Appearance ............................... 182
        Light Source ................................... 184
    Property Sheets ..................................... 185
    Online Help ........................................ 186
    Implementation ..................................... 188
Design Retrospective ..................................... 189
    The Outside Influences ............................... 189
    The Development of the Shell .......................... 190
    Changes in the Shell ................................. 192
        The Taskbar ................................... 194
        Folders and Browsing ............................. 195
        Animation ..................................... 196
        The Transfer Model .............................. 197
        Other Changes ................................. 198
The New Appearance ..................................... 198
    Screen Appearance .................................. 198
    Visual Elements ..................................... 201
        Scalability ..................................... 201

Menus ................................................ 202
Window Buttons ....................................... 204
Icons ................................................ 204
Proportional Scroll Box and Sizing Handle ............ 205
New Controls ............................................. 205
Tool Bar Control ..................................... 205
Button List Box Control .............................. 206
Status Window Control ................................ 206
Column Heading Control ............................... 207
Progress Indicator Control ........................... 208
Slider Control ....................................... 208
Spin Box Control ..................................... 208
Rich Text Control .................................... 209
Tab Control .......................................... 209
Property Sheet Control ............................... 209
List View and Tree View Controls ..................... 210
New Dialog Boxes ......................................... 210
File Open Dialog ..................................... 211
Page Setup Dialog .................................... 213
Long Filenames ........................................... 213
Windows 95 Support for MS-DOS Applications ............... 215
Application Guidelines for Windows 95 .................... 217
Follow the Style Guidelines .............................. 218
Support Long Filenames ................................... 218
Support UNC Pathnames .................................... 218
Register Document and Data Types,
    and Support Drag and Drop ............................ 218
Use Common Dialogs ....................................... 219
Reduce Multiple Instances of an Application .............. 219
Be Consistent with the Shell ............................. 219
Revise Online Help ....................................... 219
Support OLE Functionality ................................ 220
Conclusion ................................................... 220
Reference .................................................... 221

**CHAPTER SIX**

## APPLICATIONS AND DEVICES .............. 223

- The Win32 API ........................................ 224
  - Goals for Win32 .................................. 226
  - Components of the Win32 API ................... 227
- The Win32 API on Windows 95 ...................... 229
  - Porting to the Win32 API ........................ 229
    - Porting Tools ................................ 229
    - API Changes .................................. 230
    - Memory Management ............................ 232
    - Version Checking ............................. 233
    - Nonportable APIs ............................. 233
  - Win32 on Windows 95 ............................. 234
    - Security APIs ................................ 234
    - Console APIs ................................. 235
    - 32-Bit Coordinate System ..................... 235
    - Unicode APIs ................................. 235
    - Server APIs .................................. 236
    - Printer Support .............................. 236
    - Service Control Manager APIs ................. 236
    - Event Logging ................................ 236
    - Detailed Differences ......................... 237
- Programming for Windows 95 ......................... 238
  - Multitasking .................................... 238
  - Memory Management ............................... 241
  - Plug and Play Support ........................... 241
  - The Registry .................................... 242
  - The User Interface .............................. 245
  - OLE ............................................. 245
  - International Support ........................... 248
  - Structured Exception Handling ................... 249
- The Graphics Device Interface ...................... 252
  - GDI Architecture ................................ 255
    - Performance Improvements ..................... 256
    - Limit Expansion .............................. 256
    - New Graphics Features ........................ 257

xi

TrueType . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 258
Metafile Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 258
Image Color Matching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 259
Color Profiles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 261
Communicating Color Information . . . . . . . . . . . . . . . . . . . . 261
The Display Subsystem . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 262
The DIB Engine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 265
The Display Mini-Driver . . . . . . . . . . . . . . . . . . . . . . . . . . . 266
Bank-Switched Video Adapters . . . . . . . . . . . . . . . . . . . . . 267
Interfacing with the DIB Engine . . . . . . . . . . . . . . . . . . . . . 268
The Printing Subsystem . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 269
Printing Architecture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 270
The Printing Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 270
Using the Universal Printer Driver . . . . . . . . . . . . . . . . . . . . . . . . 272
Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 274
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 274

**CHAPTER SEVEN**

# THE FILESYSTEM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 275

Overview of the Architecture . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277
Long Filename Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 281
Storing Long Filenames . . . . . . . . . . . . . . . . . . . . . . . . . . 282
Generating Short Filenames . . . . . . . . . . . . . . . . . . . . . . . . 288
MS-DOS Support for Long Filenames . . . . . . . . . . . . . . . . . . . 289
Long Filenames on Other Systems . . . . . . . . . . . . . . . . . . . . . . 291
Installable Filesystem Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . 291
Calling a Filesystem Driver . . . . . . . . . . . . . . . . . . . . . . . . . 293
Filesystem Drivers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 294
FSD Entry Points . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
I/O Subsystem . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 296
Device Driver Initialization . . . . . . . . . . . . . . . . . . . . . . . . . 298
Controlling an I/O Request . . . . . . . . . . . . . . . . . . . . . . . . . 299
Calldown Chains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 300
Asynchronous Driver Events . . . . . . . . . . . . . . . . . . . . . . . . . 301
Interfacing to the Hardware . . . . . . . . . . . . . . . . . . . . . . . . 302
Initialization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 302
Execution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 303
Interrupt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 303

Other Layers in the Filesystem Hierarchy ...................... 303
    Volume Tracking Drivers ................................ 304
    Type Specific Drivers .................................. 305
    SCSI Manager ......................................... 306
    Real Mode Drivers .................................... 307
Conclusion ................................................ 308
References ................................................ 308

**CHAPTER EIGHT**

# PLUG AND PLAY ................................ **309**
    Why Do We Need Another Standard? ..................... 310
History of the Plug and Play Project ........................ 312
Goals for Plug and Play .................................... 314
    Easy Installation and Configuration of New Devices ......... 315
        Support for a New Hardware Standard ............... 315
        New ISA Board Standard ........................... 317
    Seamless Dynamic Configuration Changes ................ 318
    Compatibility with the Installed Base and Old Peripherals ..... 319
    Operating System and Hardware Independence ............ 320
    Reduced Complexity and Increased Flexibility of Hardware ... 320
The Components of Plug and Play ........................... 321
    How the Subsystem Fits Together ........................ 325
        After a System Configuration Change ................ 328
    Hardware Tree ........................................ 328
        Device Nodes ..................................... 329
        Device Identifiers ................................. 331
    Hardware Information Databases ........................ 332
    Plug and Play Events .................................. 333
    Configuration Manager ................................ 333
    Enumerators ......................................... 334
    Resource Arbitrators .................................. 335
    Plug and Play BIOS ................................... 336
    Plug and Play Device Drivers ........................... 337
Applications in a Plug and Play System ...................... 338
Conclusion ................................................ 339
References ................................................ 340

**CHAPTER NINE**

# NETWORKING ................................... **341**

Windows Networking History ............................ 342
Networking Goals ........................................... 346
Network Software Architecture ............................. 347
    WOSA ................................................. 348
    Network Layers ....................................... 351
    Network Operations .................................. 353
The Multiple Provider Router ............................... 355
    32-Bit Networking APIs .............................. 357
        Network Resources ............................ 357
        Connection APIs ............................... 358
        Enumeration APIs .............................. 359
        Error Reporting APIs ........................... 360
        Local Device Name APIs ....................... 360
        UNC APIs ...................................... 360
        Password Cache API ........................... 360
        Authentication Dialog API ...................... 361
    Interfacing to the Network Provider ................... 361
The Network Provider ...................................... 362
    Network Provider Services ............................ 363
        Device Redirection SPI ......................... 364
        Shell SPI ...................................... 365
        Enumeration SPI ............................... 365
        Authentication SPI ............................. 366
Network Transports ........................................ 366
    Network Device Drivers ............................... 368
        Network Driver Compatibility ................... 369
    Network Configurations ............................... 370
The Network Server ........................................ 372
    Server Components ................................... 373
Network Printing .......................................... 375
Network Security .......................................... 377
    Access Controls ...................................... 378
    Share-Level Security .................................. 379
    User-Level Security ................................... 379
Conclusion ................................................ 379
Reference ................................................. 380

**CHAPTER TEN**

# MOBILE COMPUTING .......................... **381**

Remote Communications Support............................ 382
    Remote Network Access............................... 385
        Types of Remote Access ......................... 386
    The Telephony API .................................... 389
        Telephony Applications .......................... 390
    Modem Support ...................................... 391
    The Communications Driver ........................... 392
The Info Center ......................................... 394
    Info Center Applications .............................. 396
    Messaging APIs ...................................... 396
    Messaging Service Providers .......................... 397
Portable System Support................................. 398
    Power Management .................................. 398
    Docking Station Support.............................. 399
File Synchronization..................................... 400
    The Briefcase API ................................... 403
Conclusion............................................ 404

**EPILOGUE**

# LEAVING CHICAGO ........................... **407**

*Glossary* ............................................. *427*
*Index* ............................................... *455*

**Publisher's Note**

As we went to press, some aspects of Windows 95 were still under a general nondisclosure agreement, but Microsoft had made public a great deal of information about Windows 95. This book offers an interpretation of that information, and the author's conclusions are based on his exploration of Beta-1. The "Chicago" story continues to unfold, and the product will continue to be refined. For up-to-the-minute changes in information on Windows 95, we recommend that you periodically visit the WIN_NEWS forum, which you can find at the following locations:

On CompuServe: *GO WINNEWS*
On the Internet: *ftp://ftp.microsoft.com/PerOpSys/Win_News/Chicago*
*http://www.microsoft.com*
On AOL: keyword *WINNEWS*
On Prodigy: jumpword *WINNEWS*
On Genie: *WINNEWS* file area on Windows RTC

You can also subscribe to Microsoft's electronic newsletter *WinNews*. To subscribe, send Internet e-mail to *enews@microsoft.nwnet.com* and put the words *SUBSCRIBE WINNEWS* in the text of the e-mail.

When Windows 95 is released, be sure to head to your bookstore for complete accounts of developing for and using Windows 95.

*Microsoft Press*
*September 16, 1994*



CHAPTER  FIVE

# THE USER INTERFACE AND THE SHELL

Microsoft's introduction of Windows 3.0 in New York on May 22, 1990, was the cornerstone upon which the Windows product line has built an ever increasing market share over the last few years. Although there were many notable new features in the Windows 3.0 release, the product introduction and a large proportion of the product's reviews focused on the improved visual appeal of the Windows interface. Many small, simple improvements to the interface, such as buttons that appeared to move when the user clicked them with the mouse, enhanced the product's immediate appeal—perhaps out of all proportion to their actual importance. The product's eventual success was a function of the other major new features of Windows 3.0 plus Microsoft's intense marketing campaign and the availability of some important new Windows application products. But in the first flush of the product's success, its visual appeal counted for a great deal.

    Windows 95 looks as dramatically different from Windows 3.0 (and 3.1) as Windows 3.0 did from its predecessors. From the moment you start Windows 95, you can see that the appearance of Windows has been completely altered. Figures 5-1 and 5-2 on the next page illustrate the difference. Each shows one of the first screens a user sees after initial installation.

    So why change a winning formula so completely? Aren't there some major business risks associated with asking a loyal base of users to accept change one more time? Of course there are some risks, and the reception of Windows 95 will determine whether Microsoft's gamble pays off.[1] In this chapter, we'll look at all the new elements of the Windows interface

---

   1. Late in the project Microsoft decided to retain versions of the Windows 3.1 Program Manager and File Manager as desktop accessories for Windows 95—no doubt to lessen the initial shock for experienced Windows 3.1 users.

157

and in particular at the new Windows 95 shell—itself significantly different from the Windows 3.1 Program Manager.



**Figure 5-1.**
*The initial default user screen for Windows 3.1.*



**Figure 5-2.**
*The initial default user screen for Windows 95.*

executes the switching code by running through it—not even a function call to get in its way as it comes steaming through!

Providing the bank-switching support as a standard part of the system (and making sure it runs as fast as possible) makes the mini-driver solution applicable to a much broader range of display adapters, so the likelihood of your system's using the DIB engine is pretty high.

### Interfacing with the DIB Engine

When Windows 95 first loads a display mini-driver and calls the driver's DLL initialization routine, the driver simply collects information about its own configuration from the SYSTEM.INI file. Later on in the system's initialization process, GDI calls the driver's *Enable* interface twice. The first time through, the driver calls *DIB_Enable()*. The DIB engine hands back a pointer to an appropriate GDIINFO structure. The driver fills in some of the device-dependent fields (for example, the number of bits per pixel) and returns the GDIINFO structure pointer to GDI. The second call to *Enable* is where the rest of the initialization work gets done, including calling the display VxD to set the hardware into the correct graphics mode (using an INT 10) and if necessary handing the bank-switching code to the VFLATD VxD.

Once all the initialization is over, GDI, the mini-driver, the DIB engine, VFLATD, and the display VxD are all hooked together and ready to actually put something on the screen. The display mini-driver provides a standard set of about 30 or so interfaces that allow GDI to interact with the driver. Many of these functions are the same as those defined for existing Windows 3.1 display drivers, such as those for managing the cursor. All of them are exported entry points from the driver DLL. Several functions simply accept the call from GDI and hand it directly to the DIB engine. For example, GDI will call the driver's *BitmapBits()* function whenever an application creates or copies a bitmap. The mini-driver can turn around and call the DIB engine's *DIB_BitmapBits()* entry point with no transformation of parameters or, indeed, any other processing.

Management of the cursor is handled largely by the mini-driver, and, as with Windows 3.1 display drivers, the mini-driver must define the set of standard cursor resources used by GDI. This includes objects such as the standard arrow pointer, the I-beam cursor used in text fields, and the cursor we all hope we'll see a lot less of, the hourglass.