EXHIBIT G



# ENCYCLOPEDIA
# MACINTOSH

## Craig Danuloff   Deke McClelland

- **Packed with More System Tips, Shortcuts, and Insights**

- **Up-to-Date Reviews of Practically All Macintosh Software Including Public Domain Utilities**

- **Details on Hardware and Memory Upgrades**

- **Bulletin Boards, User Groups, and More Resources**

SYBEX

LEXOS_JOINT_00002815

# Encyclopedia
# Macintosh

LEXOS_JOINT_00002816

# Encyclopedia Macintosh®

**Craig Danuloff**

**Deke McClelland**

PERKINS COIE LLP

APR 09 2013

PALO ALTO LIBRARY



San Francisco · Paris · Düsseldorf · London

LEXOS_JOINT_00002817

Acquisitions Editor: Dianne King
Editor: Eric Stone
Book Designer: Ingrid Owen
Technical Art: Deke McClelland
Typesetter: Publishing Resources Inc.
Proofreader: Edith Rex
Indexer: Julie Kawabata
Cover Designer: Thomas Ingalls + Associates
Cover Photographer: Michael Lamotte

TRADEMARKS: SYBEX has attempted throughout this book to distinguish proprietary trademarks from descriptive terms by capitalizing the first letter of each word, or by following the manufacturer's style of capitalization.

Apple Desktop Bus, AppleShare, A/UX, Disk First Aid, Finder, HyperCard, HyperTalk, Lisa, LocalTalk, Mac, Macintosh, MultiFinder, and Switcher are trademarks, and Apple, the Apple logo, AppleCare, AppleTalk, ImageWriter, and LaserWriter are registered trademarks of Apple Computer, Inc. SYBEX is a registered trademark of SYBEX, Inc.

Memory chip graphics © Apple Computer, Inc. Used with permission.

SYBEX is not affiliated with any manufacturer.

Every effort has been made to supply complete and accurate information. However, SYBEX assumes no responsibility for its use, nor for any infringement of the intellectual property rights of third parties which would result from such use.

Copyright © 1990 SYBEX Inc. 2021 Challenger Drive #100, Alameda, CA 94501. World rights reserved. No part of this publication may be stored in a retrieval system, transmitted, or reproduced in any way, including but not limited to photocopy, photograph, magnetic or other record, without the prior agreement and written permission of the publisher.

Library of Congress Card Number: 89-63176
ISBN: 0-89588-628-6
Manufactured in the United States of America
10 9 8 7 6 5 4 3 2 1

LEXOS_JOINT_00002818

**Copy protection.** A method of making it difficult or impossible to produce or distribute unauthorized copies of software. Copy protection is rarely used on current applications, except in the form of *personalization*, which encodes your name into the application so that if unauthorized copies are distributed, their owner will be easy to detect.

**CPU.** *See* Central processing unit.

**Crash.** An error that prevents any software from continuing to operate. When an error is encountered that makes it impossible for an application, or the System Software, to continue operating, an Alert dialog box appears, containing the bomb icon, an error code number, and the RESTART and CONTINUE buttons. This even is described as a bomb or a crash.

**Creator signature string.** A file resource used by System Software 6.0 and later to provide information to the Get Info comments window that is not lost when the Desktop file is rebuilt. *See also* Get Info comment.

**Creator type.** A four-letter code that identifies the application that was used to create a document. Creator codes are assigned by the software programmer, and registered with Apple Computer so that no two applications use the same creator code. Many utilities allow you to view and edit a file's creator type.

**Cursor.** An on-screen icon that the user manipulates by moving the mouse, or in some cases, by using the arrow keys from the keyboard. The arrow, watch, and I-beam are common Macintosh cursors. *See also* I-beam.

**Cut.** A command in the EDIT menu that moves the selected elements to the Clipboard and removes them from their current location. Once on the Clipboard, elements can be pasted to another part of the current application, or to another application or desk accessory.

**Cylinder.** All of the tracks on all platters in a disk that can be accessed from a single position of the drive's read/write heads. For double-sided floppy disks, a cylinder consists of two tracks. For hard drives, which use many platters, a cylinder may consist of four tracks or more.

LEXOS_JOINT_00002819