EXHIBIT H

# The Windows Interface Guidelines — A Guide for Designing Software

## Microsoft® Windows®

**February 1995**

This is a preliminary release of the documentation. It may be changed substantially prior to final commercial release. This document is provided for informational purposes only and Microsoft Corporation makes no warranties, either expressed or implied, in this prerelease document.

Information in this document is subject to change without notice. Companies, names, and data used in examples herein are fictitious unless otherwise noted. No part of this document may be reproduced or transmitted in any form or by any means, electronic or mechanical, for any purpose, without the express written permission of Microsoft Corporation.

Microsoft may have patents or pending patent applications, trademarks, copyrights, or other intellectual property rights covering subject matter in this document. The furnishing of this document does not give you any license to these patents, trademarks, copyrights, or other intellectual property rights.

Copyright © 1995 by Microsoft Corporation. All rights reserved.

Microsoft, MS, and MS-DOS, Windows, and the Windows logo are registered trademarks and Windows NT is a trademark of Microsoft Corporation.

# Contents

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **xiii**
What's New . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiii
How to Use This Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiv
    How to Apply the Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiv
Notational Conventions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xv

**Chapter 1  Design Principles and Methodology** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
User-Centered Design Principles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    User in Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Directness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Consistency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Forgiveness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Feedback . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Aesthetics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Simplicity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Design Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    A Balanced Design Team . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    The Design Cycle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Usability Assessment in the Design Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Understanding Users . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Design Tradeoffs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

**Chapter 2  Basic Concepts** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Data-Centered Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Objects as Metaphor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    Object Characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Relationships . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Composition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Persistence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Putting Theory into Practice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

**Chapter 3  The Windows Environment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
The Desktop . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
The Taskbar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    The Start Button . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    Window Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    The Status Area . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Icons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

**Chapter 4  Input Basics** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23**
Mouse Input . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    Mouse Pointers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    Mouse Actions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Keyboard Input . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
    Text Keys . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
    Access Keys . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
    Mode Keys . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
    Shortcut Keys . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Pen Input . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
    Pen Pointers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
    Pen Gestures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
    Pen Recognition. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    Ink Input . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    Targeting. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

**Chapter 5  General Interaction Techniques** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **35**
Navigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
    Mouse and Pen Navigation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
    Keyboard Navigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    Selection Feedback . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    Scope of Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
    Hierarchical Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
    Mouse Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
    Pen Selection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
    Keyboard Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
    Selection Shortcuts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
Common Conventions for Supporting Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    Operations for a Multiple Selection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    Default Operations and Shortcut Techniques. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    View Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
Editing Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
    Editing Text. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
    Handles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    Transactions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

Pen-Specific Editing Techniques . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

Transfer Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
    Command Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
    Direct Manipulation Method. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
    Transfer Feedback . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
    Specialized Transfer Commands. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
    Shortcut Keys for Transfer Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
    Scraps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
Creation Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
    Copy Command. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
    New Command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
    Insert Command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
    Using Controls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
    Using Templates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
Operations on Linked Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Chapter 6  Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
Common Types of Windows. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
Primary Window Components . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
    Window Frames. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
    Title Bars. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
    Title Bar Icons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
    Title Text. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
    Title Bar Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
Basic Window Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
    Activating and Deactivating Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
    Opening and Closing Windows. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
    Moving Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
    Resizing Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
    Scrolling Windows. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
    Splitting Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

Chapter 7  Menus, Controls, and Toolbars . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
    The Menu Bar and Drop-down Menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
    Common Drop-down Menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
    Pop-up Menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
    Pop-up Menu Interaction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
    Common Pop-up Menus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
    Cascading Menus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
    Menu Titles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107

Menu Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

Controls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
  Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113
  List Boxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
  Text Fields. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
  Other General Controls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
  Pen-Specific Controls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136
Toolbars and Status Bars . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139
  Interaction with Controls in Toolbars and Status Bars . . . . . . . . . . . . . . . . . . . . . . . 140
  Support for User Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140
  Common Toolbar Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142

**Chapter 8  Secondary Windows**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **145**
Characteristics of Secondary Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
  Appearance and Behavior. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
  Window Placement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
  Modeless vs. Modal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
  Default Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
  Navigation in Secondary Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
  Validation of Input. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
Property Sheets and Inspectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
  Property Sheet Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
  Property Sheet Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153
  Closing a Property Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
  Property Inspectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155
  Properties of a Multiple Selection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
  Properties of a Heterogeneous Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
  Properties of Grouped Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
Dialog Boxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
  Dialog Box Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
  Layout. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
  Common Dialog Box Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158
Palette Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 167
Message Boxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 169
  Message Box Types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 169
  Command Buttons in Message Boxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171
  Message Box Text . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 173
Pop-up Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174

**Chapter 9  Window Management** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **175**
Single Document Window Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175
Multiple Document Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 176
    Opening and Closing MDI Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178
    Moving and Sizing MDI Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178
    Switching Between MDI Child Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 180
MDI Alternatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 181
    Workspaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 182
    Workbooks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 184
    Projects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185
Selecting a Window Model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 186
    Presentation of Object or Task . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 187
    Display Layout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188
    Data-Centered Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188
    Combination of Alternatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188

**Chapter 10  Integrating with the System** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **189**
The Registry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189
    Registering Application State Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190
    Registering Application Path Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 192
    Registering File Extensions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193
    Supporting Creation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 199
    Registering Icons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 200
    Registering Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 201
    Enabling Printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
    Registering OLE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
    Registering Shell Extensions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
    Supporting the Quick View Command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 204
    Registering Sound Events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 205
Installation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 206
    Copying Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 206
    Making Your Application Accessible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208
    Designing Your Installation Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208
    Uninstalling Your Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 209
    Installing Fonts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210
    Installing Your Application on a Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211
    Supporting Auto Play . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211

System Naming Conventions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 213
Taskbar Integration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214
    Taskbar Window Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214
    Status Notification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214
    Message Notification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 215
Recycle Bin Integration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216
Control Panel Integration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216
    Adding Control Panel Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216
    Adding to the Passwords Object . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217
Plug and Play Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217
System Settings and Notification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 218
Modeless Interaction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 218

**Chapter 11  Working with OLE Embedded and OLE Linked Objects . . . . . . . . . . . . . . . . . . . . . . . . 219**
The Interaction Model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 219
Creating OLE Embedded and OLE Linked Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
    Transferring Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
    Inserting New Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 225
Displaying Objects. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229
Selecting Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
    Accessing Commands for Selected Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234
Activating Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 236
    Outside-in Activation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 236
    Inside-out Activation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 237
    Container Control of Activation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 237
OLE Visual Editing of OLE Embedded Objects. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 238
    The Active Hatched Border . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243
    Menu Integration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 244
    Keyboard Interface Integration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 247
    Toolbars, Frame Adornments, and Palette Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
    Opening OLE Embedded Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 251
Editing an OLE Linked Object . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 254
    Automatic and Manual Updating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 256
    Operations and Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 256
    Types and Links. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 257
    Link Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 257
Accessing Properties of OLE objects. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 257
    The Properties Command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 258
    The Links Command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 260

Converting Types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 262
Using Handles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 263
Undo Operations for Active and Open Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 264
Displaying Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 266
    Object Application Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 266
    OLE Linked Object Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 269
    Status Line Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 271

**Chapter 12  User Assistance** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **273**
Contextual User Assistance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 273
    Context-Sensitive Help. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 273
    Guidelines for Writing Context-Sensitive Help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 276
    Tooltips. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277
    Status Bar Messages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277
    Guidelines for Writing Status Bar Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 279
    The Help Command Button . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 279
Task Help  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 280
    Task Topic Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 280
    Guidelines for Writing Task Help Topics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 282
    Shortcut Buttons  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 282
Reference Help  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283
    The Reference Help Window . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283
    Guidelines for Writing Reference Help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 285
The Help Topics Browser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 286
    The Help Topic Tabs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 286
    Guidelines for Writing Help Contents Entries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 290
    Guidelines for Writing Help Index Keywords . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 290
Wizards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 291
    Wizard Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 291
    Guidelines for Writing Text for Wizards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 291
    Guidelines for Writing Text for Wizard Pages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 294

**Chapter 13  Visual Design** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **295**
Visual Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
    Composition and Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
    Color. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 297
    Fonts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 299
    Dimensionality  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 300

Design of Visual Elements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 300
   Basic Border Styles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 300
   Window Border Style. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 302
   Button Border Styles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 302
   Field Border Style . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 303
   Status Field Border Style . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 304
   Grouping Border Style . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 305
   Visual States for Controls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 305
Layout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 312
   Font and Size. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 312
   Capitalization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 315
   Grouping and Spacing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 315
   Alignment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 316
   Button Placement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 316
Design of Graphic Images. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 317
   Icon Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 318
   Pointer Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 320
Selection Appearance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 322
   Highlighting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 322
   Handles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 323
Transfer Appearance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 324
Open Appearance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 325
Animation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 325

**Chapter 14  Special Design Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 327**
Sound . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 327
Accessibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 328
   Visual Disabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 329
   Hearing Disabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
   Physical Movement Disabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
   Speech or Language Disabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
   Cognitive Disabilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
   Seizure Disorders. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
   Types of Accessibility Aids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 331
   Compatibility with Screen Review Utilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 332
   The User's Point of Focus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 334
   Timing and Navigational Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 335
   Keyboard and Mouse Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 337
   Documentation, Packaging, and Support. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 337
   Usability Testing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 338

Internationalization. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 338
    Text. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 339
    Graphics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 340
    Keyboards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 341
    Character Sets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 341
    Formats . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 342
    Layout. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 343
    References to Unsupported Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 343
Network Computing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 343
    Leverage System Support. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 343
    Client-Server Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 344
    Shared Data Files. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 344
Records Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 344
Telephony . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 345
Microsoft Exchange . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 346
    Coexisting with Other Information Services . . . . . . . . . . . . . . . . . . . . . . . . . 346
    Adding Menu Items and Toolbar Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . 347
    Supporting Connections. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 347
    Installing Information Services. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 348

**Appendix A  Mouse Interface Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **349**

**Appendix B  Keyboard Interface Summary**. . . . . . . . . . . . . . . . . . . . . . . . . . . **357**

**Appendix C  Guidelines Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **361**
General Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 361
Design Process. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 362
Input and Interaction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 362
Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 362
Controls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 363
Integrating with the System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 364
User Assistance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 364
Visual Design. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 365
Sound . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 365
Accessibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 365
International Users . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366
Network Users . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366

**Appendix D  Supporting Windows 95 and Windows NT Version 3.51**. . . . . . . . . . . . . . . . . . . . . . . . **367**

**Appendix E  Localization Word Lists** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **369**

**Bibliography** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **377**
General Design  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 377
Graphic Information Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378
Usability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378
Object-Oriented Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378
Accessibility  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 379
Organizations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 380

**Glossary**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **381**

# C H A P T E R  4

## Input Basics

A user can interact with objects in the interface using different types of input devices. The most common input devices are the mouse, the keyboard, and the pen. This chapter covers the basic behavior for these devices; it does not exclude other forms of input.

### Mouse Input

The mouse is a primary input device for interacting with objects in the Microsoft Windows interface. Other types of pointing devices that emulate a mouse, such as trackballs, fall under the general use of the term "mouse."

For more information about interactive techniques such as navigation, selection, viewing, editing, transfer, and creating new objects, see Chapter 5, "General Interaction Techniques."

## Mouse Pointers

The mouse is operationally linked with a graphic on the screen called the *pointer* (also referred to as the *cursor*). By positioning the pointer and clicking the buttons on the mouse, a user can select objects and their operations.

As a user moves the pointer across the screen, its appearance can change to provide feedback about a particular location, operation, or state. Table 4.1 lists common pointer shapes and their uses.

**Table 4.1 Common Pointers**

| Shape | Screen location | Indicates available or current action |
|---|---|---|
| . | Over most objects | Pointing, selecting, moving, resizing. |
| I | Over text | Selecting text. |
| ⌛ | Over any object or location | Processing an operation. |
| ⌛ | Over any screen location | Processing in the background (application loading), but the pointer is still interactive. |
| ?⃗ | Over most objects | Contextual Help mode. |
| 🔍 | Inside a window | Zooming a view. |
| ↔ | Along column gridlines | Resizing a column. |
| ↕ | Along row gridlines | Resizing a row. |
| ↔ | Over split box in vertical scroll bar | Splitting a window (or adjusting a split) horizontally. |
| ↕ | Over split box in horizontal scroll bar | Splitting a window (or adjusting a split) vertically. |

⊘     Over any object                          Not available.

Your software can define additional pointers, as needed.

Each pointer has a particular point—called a *hot spot*—that defines the exact screen location of the mouse. The hot spot determines what object is affected by mouse actions. Screen objects can additionally define a hot zone; the *hot zone* defines the area the hot spot must be within to be considered over the object. Typically, the hot spot coincides with the borders of an object, but it may be larger, or smaller, to make user interaction easier.

## Mouse Actions

All basic mouse actions in the interface use either mouse button 1 or button 2. By default, button 1 is the leftmost mouse button and button 2 is the rightmost button. The system allows the user to swap the mapping of the buttons.

**Note**   For a mouse that supports three buttons, button 2 is the *rightmost* button, not the center button.

The following are the common behaviors performed with the mouse.

| Action | Description |
| --- | --- |
| Pointing | Positioning the pointer so it "points to" a particular object on the screen without using the mouse button. Pointing is usually part of preparing for some other interaction, because the mouse pointing action is often an opportunity to provide visual cues or other feedback to a user. |
| Clicking | Positioning the pointer over an object and then pressing and releasing the mouse button. Generally, the mouse is not moved during the click, and the mouse button is quickly released after it is pressed. Clicking identifies (selects) or activates objects. |
| Double-clicking | Positioning the pointer over an object and pressing and releasing the mouse button twice in rapid succession. Double-clicking an object typically invokes its default operation. |
| Pressing | Positioning the pointer over an object and then holding down the mouse button. Pressing is often the beginning of a click or drag operation. |
| Dragging | Positioning the pointer over an object, pressing down the mouse button while holding the mouse button down, and moving the mouse. Use dragging for actions such as selection and direct manipulation of an object. |

For most mouse interactions, pressing the mouse button only identifies an operation. User feedback is usually provided at this point. Releasing the mouse button activates (carries out) the operation. An operation that automatically repeats is an exception—for example, pressing a scroll arrow.