# EXHIBIT P

## France, Michael (PAO)

| | |
|---|---|
| **From:** | Eric Buether <Eric.Buether@bjciplaw.com> |
| **Sent:** | Monday, June 5, 2023 8:57 AM |
| **To:** | Shvodian, Daniel T. (PAO); Meghna Srikanth |
| **Cc:** | Ta, Janice (AUS); Valentine, James (PAO); Hester, Adam (MSN); benjamin.weed@klgates.com; Maxfield, Amanda C.; melissa@gillamsmithlaw.com; Chris Joe; BJC-Lexos; Ken Kula |
| **Subject:** | Re: Lexos v. Office Depot/Amazon/Target - "promotional material" |

Dan, we understand that the Amazon defendants previously announced their intention to make the printed matter doctrine argument.  Plaintiff Lexos Media contends that the printed matter doctrine is not applicable in this case, and is not relevant to any claim construction issue.

ERIC BUETHER

BUETHER JOE & COUNSELORS, LLC
1700 PACIFIC · SUITE 4750 · DALLAS, TX 75201
DIRECT 214.466.1271 · MOBILE 214-629-6895 · FAX 214.635.1827
IP AND COMMERCIAL LITIGATION

---

**From:** Shvodian, Daniel T. (PAO) <DShvodian@perkinscoie.com>
**Sent:** Friday, June 2, 2023 7:48 PM
**To:** Eric Buether; Meghna Srikanth
**Cc:** Ta, Janice (AUS); Valentine, James (PAO); Hester, Adam (MSN); benjamin.weed@klgates.com; Maxfield, Amanda C.; melissa@gillamsmithlaw.com; Chris Joe; BJC-Lexos; Ken Kula
**Subject:** Lexos v. Office Depot/Amazon/Target - "promotional material"

Hi Eric,

The parties agreed that "promotional material" should be given its plain and ordinary meaning, as stated in the Joint Claim Construction and Prehearing Statement.  But as Defendants informed you during the exchange of proposed claim constructions and during our telephonic meet and confer, Defendants intend to argue in the claim construction briefing and at the hearing that "promotion material" is subject to the printed matter doctrine and should not be given any patentable weight.

Regards,
Dan

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.