# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00169-JRG |
| AMAZON.COM, INC. | § § | (Lead Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00175-JRG |
| TARGET CORPORATION | § § | (Member Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00273-JRG |
| OFFICE DEPOT, LLC. | § § | (Member Case) |

## ORDER

Before the Court is the Joint Motion for Dismissal of Matter (the "Joint Motion") filed by Plaintiff Lexos Media IP, LLC ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon"). (Dkt. No. 301). In the Joint Motion, Plaintiff and Amazon notify the Court that they have "resolved Lexos's claims for relief asserted against Amazon in this matter." (*Id.* at 1). As such, Plaintiff and Amazon request that the Court dismiss Plaintiff's claims for relief against Amazon with prejudice. (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims for relief against Amazon are

**DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case between only Plaintiff and Amazon and not explicitly granted herein are **DENIED AS MOOT**. The Clerk is directed to **MAINTAIN AS OPEN** the above-captioned case as other parties and claims remain.

So ORDERED and SIGNED this 18th day of December, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE