# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00169-JRG |
| AMAZON.COM, INC. | § § | (Lead Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00175-JRG |
| TARGET CORPORATION | § § | (Member Case) |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00273-JRG |
| OFFICE DEPOT, LLC. | § § | (Member Case) |

## ORDER

Before the Court is the Joint Motion for Dismissal of Matter (the "Joint Motion") filed by Plaintiff Lexos Media IP, LLC ("Plaintiff") and Defendant Office Depot ("Office Depot"). (Dkt. No. 329). In the Joint Motion, Plaintiff and Office Depot notify the Court that they have "resolved Lexos Media's claims for relief asserted against Office Depot in this matter." (*Id.* at 1). As such, Plaintiff and Office Depot request that the Court dismiss Plaintiff's claims against Office Depot with prejudice. (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims for relief against Office Depot

are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned cases and not explicitly granted herein are **DENIED AS MOOT**. The Clerk shall **CLOSE** Member Case No. 2:22-cv-273 and Lead Case No. 2:22-cv-169 as no parties or claims remain.

**So Ordered this**

**Feb 24, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE